IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY MEYERSON, et al. and<br>BENJAMIN NACHMAN, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>KEMPER SECURITIES, INC., et al.,<br><br>    Defendants. | CIVIL NO. 8:94CV479<br>(Consolidated with<br>8:94CV520)<br><br><br>APPLICATION FOR<br>ADMITTANCE PRO HAC<br>VICE |

I, Richard W. Reinthaler, do hereby certify that I am a member of the bar of the highest Court of the State of New York and a member of the firm of White & Case, 1155 Avenue of the Americas, New York, New York 10036.

I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska for the above-entitled consolidated action only on behalf of defendants James B. Burr, J. Russell Spray, David R. Anderson, Munir Abu-Haidar, Robert C. Burr, James F. Hauenstein, Morris D. Jaffe, Jr., Randall A. Mackey, Donald G. Andrews, David L. Dolstein, Orin S. Kinghorn and Bryan J. Burr (collectively the "Individual Defendants").

Dated: February 7, 1995

Richard W. Reinthaler
White & Case
1155 Avenue of the Americas
New York, N.Y. 10036
(212) 819-8200

-1-

State of New York )
               : ss.:
County of New York)

I, Richard W. Reinthaler, being duly sworn, on oath say: That as an officer of the United States District Court for the District of Nebraska I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America, so help me God.

*Richard W. Reinthaler*
Richard W. Reinthaler

Subscribed and sworn to before me this 7th day of February, 1995.

*Flory Traverso*
Notary Public

FLORY TRAVERSO
Notary Public, State of New York
No. 60-4902330
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Aug. 3, 1995

I do hereby certify that Richard W. Reinthaler as of this date, February 13, 1995, is a member of the bar of the highest Court of the State of New York; is in good standing; and is of good moral character.

Member of Bar, U.S. District Court for the District of Nebraska,

*James S. Mitchell*
James S. Mitchell NE Bar No. 12863
BAIRD, HOLM, McEACHEN,
PEDERSEN, HAMANN & STRASHEIM
1500 Woodmen Tower
Omaha, Nebraska  68102
(402) 344-0500

IT IS ORDERED that Richard W. Reinthaler is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska ONLY FOR THE CONSOLIDATED CASE OF Larry Meyerson, et al. and Benjamin Nachman, et al. v. Kemper Securities, Inc., et al., Case No. 8:94CV479 (consolidated with 8:94CV520) on behalf of the Individual Defendants.

Dated: _February 13_ 1995

_____
Clerk/~~Chief Deputy Clerk~~